KAMALA D. HARRIS
Attorney General of California
JEFFREY R. VINCENT
Supervising Deputy Attorney General
ROHIT KODICAL
Deputy Attorney General
State Bar No. 215497
 1515 Clay Street, 20th Floor
 P.O. Box 70550
 Oakland, CA  94612-0550
 Telephone:  (510) 622-2226
 Fax:  (510) 622-2270
 E-mail:  Rohit.Kodical@doj.ca.gov
*Attorneys for Defendants Dr. Reyes, Dr. Tootell, N.*
*Podolsky, J. De La Cruz, Janet Lewis, Andrew*
*Deems, and California Correctional Health Care*
*Services*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIEM B. SHAHEED,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.<br><br>Defendants. | No. 3:13-CV-05751-VC<br><br>**APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT, DECLARATION, PROPOSED ORDER**<br><br>Courtroom:    4<br>Judge:          Hon. Vince Chhabria<br>Trial Date:    Not set<br>Action Filed:  December 31, 2013 |

Plaintiff, a California state prisoner proceeding pro se, filed a civil rights complaint

pursuant to 42 U.S.C. § 1983 on December 31, 2013 naming the following defendants: Dr. Reyes,

Dr. Steve Millmond, and California Correctional Health Care Services. On May 9, 2014, Plaintiff

filed his First Amended Complaint ("FAC") adding five additional defendants: (1) J. de la Cruz;

(2) Dr. Elena Tootell; (3) Andrew W. Deems; (4) N. Podolsky; and (5) J. Lewis. On June 10,

2014, the court issued an order directing defendants to waive service and file an Answer to the

FAC within 60 days, and file a dispositive motion thirty days thereafter. Docket Nos. 19, 24-28.

Defendant Dr. Steve Millmond has not been served with the FAC. Remaining Defendants filed

their Answer to the FAC on August 18, 2014. Docket No. 30. Defendants' Motion for Summary Judgment is due on Monday, September 15, 2014.

On September 2, 2014 and continuing through September 5, 2014, an urgent health care issue arose that will prevent the primary assigned defense counsel from meeting the court's September 15, 2014 deadline for the Motion for Summary Judgment.  In addition, Defendant J. de la Cruz  is on long term medical leave until September 30, 2014. Accordingly, Defendants request a four-week extension of time to October 13, 2014 to file and serve the motion .

Dated:  September 8, 2014                              Respectfully submitted,

                                                      KAMALA D. HARRIS
                                                      Attorney General of California

                                                      s/ *Rohit Kodical*

                                                      ROHIT KODICAL
                                                      Deputy Attorney General
                                                      *Attorneys for Defendants*

## DECLARATION OF COUNSEL

I, Rohit Kodical declare:

1.  I am a Deputy Attorney General for the State of California and attorney of record for Defendants in this action.

2.  I have personal knowledge of the matters set forth in this declaration and could competently testify thereto if called as a witness.

3.  On September 2, 2014 and continuing through September 5, 2014, an urgent health care issue arose that will prevent me from meeting the court's September 15, 2014 deadline for the Motion for Summary Judgment. Despite the medical issue, I have made substantial efforts to meet the court's deadline. Unfortunately, my absence and anticipated absences will prevent me from obtaining all documentation to support the motion.

1    4.  In addition, Defendant Nurse de la Cruz is on long term medical leave until September

2    30, 2014.

3    5.  There is no trial date and there are no other court dates set in this action. I do not believe

4    the requested extension of time would affect the schedule in this case, or cause any prejudice to

5    Plaintiff Karriem Shaheed.

6    I declare under penalty of perjury under the laws of the State of California that the above is

7    true and correct.

8        Executed on September 8, 2014 at Oakland, California

9                                s/ *Rohit Kodical*

10                               ROHIT KODICAL
                                 Deputy Attorney General

11

12    ---------------------------------------------------------------------------------------------------------------------

13

14

15                              **ORDER**

16        Defendants' application is GRANTED. Defendants are granted a fourteen-day extension

17    of time and shall file a dispositive motion no later than October 13, 2014. Plaintiff shall file an

18    opposition within twenty-eight days after the filing date of defendants' dispositive motion.

19    Defendants shall file a reply within fourteen days thereafter.

20        IT IS SO ORDERED.

21

22    DATED:  September 11, 2014

23

24

25

26

27

28

3