UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIEM B. SHAHEED,<br><br>    Plaintiff,<br><br>    v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | Case No. 13-cv-05751-VC<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME AND DENYING MOTION "TO OPEN DISCOVERY" AS MOOT AND DIRECTING DEFENDANTS TO PROVIDE DISCOVERY**<br><br>Re: Dkt. Nos. 36, 46 |

    Plaintiff Karriem B. Shaheed, a state prisoner, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983 against employees of his prison. On September 18, 2014, Shaheed filed a document entitled, "motion to open discovery," in which he requests that the Court "open discovery" pursuant to the Federal Rules of Civil Procedure. On October 14, 2014, the defendants filed a motion for summary judgment. On November 3, 2014, Shaheed filed a motion for a thirty-day extension of time in which to file his opposition and cross-motion. In this motion, Shaheed indicates that he has sent the defendants various discovery requests and they have not responded.

    Shaheed's motion to open discovery is denied as moot. In its June 10, 2014 order serving the first amended complaint, the Court indicated that discovery is to proceed in accordance with the Federal Rules of Civil Procedure. *See* Dkt. no. 19 at 7. There is no need for a further order of the Court for the parties to undertake discovery.

    Shaheed's motion for an extension of time is granted. Because Shaheed states that he has requested discovery from the defendants and they have not responded, they are directed to provide the requested relevant discovery to Shaheed and are to file a notice with the Court indicating when

1  such discovery has been provided.  If the defendants believe Shaheed's discovery requests are not
2  appropriate, they may not ignore them; they must seek relief from the Court.  Shaheed's
3  opposition is due thirty days from the date the defendants file their notice with the Court that they
4  have properly responded to Shaheed's discovery requests.

**IT IS SO ORDERED**.

Dated: November 10, 2014

_____
VINCE CHHABRIA
United States District Judge