# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIEM B. SHAHEED,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,<br><br>  Defendants. | Case No.  13-cv-05751-VC(PR)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' DISPOSITIVE MOTION**<br><br>Re: Dkt. No. 52 |

Plaintiff Karriem B. Shaheed has filed a request for an extension of time in which to file his opposition to Defendants' dispositive motion. Having read and considered Shaheed's request, and good cause appearing,

Shaheed's request for an extension of time is GRANTED. The time in which Shaheed may file his opposition to Defendants' dispositive motion will be extended up to and including thirty (30) days from the date of this Order.

Defendants shall file a reply brief no later than fourteen (14) days after the date Shaheed's opposition is filed.

This Order terminates Docket No. 52.

**IT IS SO ORDERED.**

Dated: January 23, 2015

VINCE CHHABRIA
United States District Judge