UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARRIEM B. SHAHEED,

    Plaintiff,

    v.

CALIFORNIA CORRECTIONAL HEALTH CARE SERVICES, et al.,

    Defendants.

Case No. 13-cv-05751-VC

**ORDER DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Re: Dkt. No. 54

Plaintiff Karriem B. Shaheed, a state inmate, filed this *pro se* civil rights complaint under 42 U.S.C. 1983 alleging that the defendants were deliberately indifferent to his serious medical needs by denying him proper care for his injured ankle. The defendants filed a motion for summary judgment and Shaheed filed a cross-motion for summary judgment. On June 15, 2015, the Court issued on Order Granting Defendants' Motion for Summary Judgment. Dkt. No. 58. For the reasons stated in that Order, Shaheed's cross-motion for summary judgment is denied.

**IT IS SO ORDERED**.

Dated: June 16, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARRIEM B. SHAHEED,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA CORRECTIONAL<br>HEALTH CARE SERVICES, et al.,<br><br>    Defendants. | Case No. 13-cv-05751-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karriem B. Shaheed ID: H-65017
San Quentin State Prison 1 West Block 67 Low
San Quentin, CA 94974

Dated: June 16, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2