1

2

3

4                                    UNITED STATES DISTRICT COURT

5                                  NORTHERN DISTRICT OF CALIFORNIA

6

7        KARRIEM B. SHAHEED,                          Case No. 13-cv-05751-VC  (PR)

                      Plaintiff,

8
                 v.                                   **JUDGMENT**
9

10       CALIFORNIA CORRECTIONAL
         HEALTH CARE SERVICES, et al.,

11                    Defendants.

12

13           For the reasons discussed in the Court's orders granting the defendants' motion for

14   summary judgment and denying Plaintiff Karriem Shaheed's cross-motion for summary judgment,

15   judgment is hereby entered in favor of the defendants and against Shaheed.  All parties shall bear

16   their own costs.

17           **IT IS SO ORDERED**.

18   Dated: June 16, 2015

19                                                    _____

20                                                    VINCE CHHABRIA
                                                      United States District Judge
21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARRIEM B. SHAHEED,

      Plaintiff,

    v.

CALIFORNIA CORRECTIONAL
HEALTH CARE SERVICES, et al.,

      Defendants.

Case No.  13-cv-05751-VC

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 16, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Karriem B. Shaheed ID: H-65017
San Quentin State Prison 1 West Block 67 Low
San Quentin, CA 94974

Dated: June 16, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Kristen Melen, Deputy Clerk to the
Honorable VINCE CHHABRIA

2